# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1406
Lower Tribunal No. 2021-CF-003496-A-O

_____

JOSEPH HOLDEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Elaine A. Barbour, Judge.

January 30, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and GANNAM, JJ., concur.


Andrea Flynn Mogensen, of The Law Office of Andrea Flynn Mogensen, P.A., Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Pamela J. Koller, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED